

# NUMBER 13-19-00551-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE J. MICHAEL MOORE

On Petition for Writ of Mandamus, Prohibition, and Injunction.

# ORDER
### Before Justices Benavides, Longoria, and Perkes
### Per Curiam Order

Relator J. Michael Moore filed an emergency motion for stay in the above cause on December 9, 2019. Relator alleges that the respondent in this original proceeding is currently issuing orders "in a case over which it has no jurisdiction." According to relator, the respondent has issued, inter alia, an order appointing an attorney pro tem and an order empaneling a grand jury. Relator requests that we stay all actions in the trial court below and any and all orders pertaining to the initiation of and continuation of grand jury proceedings.

The Court, having examined and fully considered the emergency motion for stay, is of the opinion that it should be granted. Accordingly, we GRANT the emergency motion

for stay and ORDER that (1) all orders issued by the respondent, (2) all proceedings in cause number C-4003-19-B, and (3) any related grand jury proceedings are STAYED pending resolution of this original proceeding or further order of this Court.  *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
10th day of December, 2019.